| Fill in this information to identify your case: | | |
|---|---|---|
| United States Bankruptcy Court for the: | | |
| NORTHERN DISTRICT OF FLORIDA, GAINESVILLE DIVISION | | |
| Case number *(if known)* | Chapter | 11 |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Cargo Lifts of North Florida, LLC** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 85-3736114 | |
| 4. | **Debtor's address** | **Principal place of business** <br><br> **94 S.E. 265th St.** <br> **Cross City, FL 32628** <br> Number, Street, City, State & ZIP Code <br><br> **Dixie** <br> County | **Mailing address, if different from principal place of business** <br><br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: | |

Debtor **Cargo Lifts of North Florida, LLC**     Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. Check **all** that apply:

    ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 2

Debtor  **Cargo Lifts of North Florida, LLC**  Case number (*if known*) _____
      Name

| | |
|---|---|
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ■ No<br>☐ Yes. |

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district*?**  *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
      Contact name _____
      Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**  *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor   **Cargo Lifts of North Florida, LLC**                                    Case number (*if known*)
         Name

|  |  |  |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | Cargo Lifts of North Florida, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    2.10.2025
MM / DD / YYYY

X  /s/ Matthew B. Edmonds
Signature of authorized representative of debtor

**Matthew B. Edmonds**
Printed name

Title    **Manager**

**18. Signature of attorney**

X    /s/ Elena Paras Ketchum
Signature of attorney for debtor

Date    2.10.2025
MM / DD / YYYY

**Elena Paras Ketchum**
Printed name

**Stichter, Riedel, Blain & Postler, P.A.**
Firm name

**110 E. Madison St.**
**Suite 200**
**Tampa, FL 33602**
Number, Street, City, State & ZIP Code

Contact phone    **(813) 229-0144**    Email address    **eketchum@srbp.com**

**0129267 FL**
Bar number and State

```
Attorney General of the United States
950 Pennsylvania Ave., N.W.
Washington, DC 20530-0001

Canfield Capital, LLC
30 N. Gould St., Suite R
Sheridan, WY 82801

Capytal.com
333 W. Commerce St. #324
East Rochester, NY 14445

CHTD Company
P.O. Box 2576
Springfield, IL 62708

Corporation Service Co., as Rep
P.O. Box 2576
UCCSPREP@CSCINFO.com
Springfield, IL 62708

CT Corporation, as Representative
330 N. Brand Blvd., #700
Attn: SPRS
Glendale, CA 91203

David Fogel, Esq.
David Fogel PC
1225 Franklin Ave., #201
Garden City, NY 11530

EBF Holdings, LLC
dba Everest Business Funding
102 W. 38th St., 6th Floor
New York, NY 10018

Elliot Setton, Esq.
Lieberman & Klestzick
381 Sunrise Hwy., #302
Lynbrook, NY 11563

Eugene Rodammer
630 Island Dr.
Key Largo, FL

Family Funding Group, LLC
1021 38th St.
Brooklyn, NY 11219

First Corporate Solutions, as Rep.
```

914 S. Street
SPRS@ficoso.com
Sacramento, CA 95811

Florida Department of Revenue
5050 W. Tennessee St.
Tallahassee, FL 32399

Forward Financing, LLC
53 State St., 20th Floor
Boston, MA 02109

Fox Funding Group, LLC
803 S. 21st Ave.
Hollywood, FL 33020

Goldman Sachs Bank USA
Salt Lake City Branch
P.O. Box 70321
Philadelphia, PA 19176-0321

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

John Staguell
3860 Ulmerton Rd.
Clearwater, FL 33764

Mitsubishi HC Capital America
One Pierce Place, #1100
Itasca, IL 60143-0128

Mitsubishi HC Capital America, Inc.
P.O. Box 128
Itasca, IL 60143

Northeast Bank
35 Canal St.
Lewiston, ME 04240-6594

Steven Zakharyayev, Esq.
10 W. 37th St., RM 602
New York, NY 10018

U.S. Attorney
Attn: Civil Process Clerk
300 E. University Ave., #310
Gainesville, FL 32601-3460

```
U.S. Attorney
Attn: Civil Process Clerk
21 E. Garden St., #400
Pensacola, FL 32502

U.S. Small Business Administration
Standard 7a Loan Guaranty Processing Ctr
6501 Sylvan Rd., #100
Citrus Heights, CA 95610-5017

WebBank
c/o QuickBooks Capital
P.O. Box 842978
Dallas, TX 75284-2978
```